IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

   Plaintiff,      No. CIV S-12-0842 EFB P

 vs.

MACKENZIE, et al.,

             ORDER AND
   Defendants.     FINDINGS AND RECOMMENDATIONS

_____/

  On April 11, 2012, the court found that plaintiff's application to proceed *in forma pauperis* failed to include the required affidavit and certified copy of his trust account statement or institutional equivalent required by 28 U.S.C. § 1915(a)(2). The court ordered plaintiff to submit a complete application to proceed in forma pauperis within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

  The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit or a certified trust account statement; nor has he paid the appropriate filing fee or otherwise responded to the court's order.

  Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

////

1  Further, it is RECOMMENDED that this action be dismissed without prejudice.

2  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 11, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE